[No. 19075.  *En Banc.*  June 15, 1925.]

*In the Matter of the Estate of* FRED KUHN, *Deceased.*

JENNIE KUHN, *Personally and as Administratrix, Appellant,* v.
HELENA KUHN *et al., Respondents.*[1]

Appeal from an order of the superior court for Thurston county,
Wright, J., entered September 30, 1924, decreeing the distribution of
an estate upon final account of the administratrix.  Reversed.

*P. C. Kibbe* and *Vance & Christensen,* for appellant.
*Frank C. Owings* and *T. F. Mentzer,* for respondents.

ON REHEARING.

PER CURIAM.—This case was decided and reported in 132 Wash.
678, 233 Pac. 293, and a rehearing granted.

On rehearing a majority of the court adhere to the original
decision, with one exception.  It was inadvertently stated in the
last paragraph but one in the opinion that the estate "should be
distributed under the statute, one-half to the widow and one-half
to the children,".  This should be and is corrected to read one-third
to the widow and two-thirds to the children.